# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

       **v.**
                **Crim. No. 7:19-CR-187-3FL**

**MASHANNA ALDERMAN**

       On October 3, 2022, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                I declare under penalty of perjury that the foregoing is true and correct.

                /s/Timothy L. Gupton
                Timothy L. Gupton
                Senior U.S. Probation Officer
                310 New Bern Avenue, Room 610
                Raleigh, NC 27601-1441
                Phone: 919-861-8686
                Executed On: July 13, 2025

### ORDER OF COURT

       Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _2nd_ day of _September_, 2025.

*Best wishes Ms Alderman going forward !*

*Judge Flanagan*

Louise W. Flanagan
U.S. District Judge